UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:03-CR-282-1 |
| § | |
| TIMOTHY JEROME LUKE; aka BENSON; § | |
| aka BROWN; aka EVANS; aka LUKE; aka § | |
| MITCHELL; aka BOWERS; aka CAMPBELL; § | |
| aka SKIP; aka MIAMI § | |

## ORDER

Timothy Jerome Luke filed a Notice of Appeal and an Application to Proceed in District Court Without Prepaying Fees or Costs that the Court construes to be an application to appeal *in forma pauperis* from this Court's denial of his motion to amend his restitution Order. D.E. 486, 488.

The Order appealed from was entered on June 22, 2017. D.E. 484. Although the Order was mailed to Luke that day, he did not receive it, and it was returned to the Clerk on July 5, 2017. The Clerk re-sent the notice to Luke. Luke's notice of appeal was undated, but was postmarked July 13, 2017. The Notice states that he did not receive a copy of the Court's Order until July 9, 2017. D.E. 486.

Although Luke's Notice of Appeal was due no later than July 6, 2017, Rule 4(b)(4) permits the district court to extend the time to file a notice of appeal if the requested extension is within thirty days of the due date. Fed. R. App. P. 4(b)(4). An extension may be granted upon a finding of "excusable neglect or good cause." *Id*. The Rule does not define "good cause" or "excusable neglect." The Advisory Committee Notes from 2002 provide explanation of the standards:

> The excusable neglect standard applies in situations in which there is fault; in such situations, the need for an extension is usually occasioned by something within the control of the movant. The good cause standard applies in situations in which there is no fault--excusable or otherwise. In such situations, the need for an extension is usually occasioned by something that is not within the control of the movant.

Fed. R. App. P. 4 advisory committee's note 2002 Amendments, subdivision (a)(5)(A)(ii).

Although the notice of appeal was late, it was filed within the period for which an extension of time is available based upon excusable neglect or good cause. The delay in filing was not due to Luke's fault. The Court GRANTS Luke's implied motion for extension of time to file his notice of appeal. D.E. 486.

Luke also filed an application to appeal *in forma pauperis*. The Court finds that Luke's appeal of that denial is not taken in good faith pursuant to Rule 24(a)(4)(B) of the Federal Rules of Appellate Procedure. Luke's construed application to appeal *in forma pauperis* (D.E. 488) is DENIED.

SIGNED and ORDERED this 28th day of July, 2017.

_____
Janis Graham Jack
Senior United States District Judge